No. 480, Misc. OPPENHEIMER *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 481, Misc. SEITERLE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Earl Klein* for petitioner.

No. 482, Misc. NEWSOME *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Francis M. Burke* for petitioner.

No. 483, Misc. LINDSEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 484, Misc. MOONEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 485, Misc. ALBINI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 490, Misc. HARROD ET AL. *v.* MIHOJEVICH. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Martin M. Ostrow* for petitioners. *Arch E. Ekdale* for respondent.

No. 502, Misc. CARVER *v.* O'NEAL, SHERIFF, ET AL. Supreme Court of Indiana. Certiorari denied. *William C. Erbecker* for petitioner.

No. 510, Misc. O'NEILL *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied.